JP Morgan Chase Bank, N.A., Respondent, v Smith Electrical Contracting, Inc., Defendant, and Stephen Smith, Appellant.

Submitted July 14, 2014; decided September 16, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Donette Kingston, Appellant, v New York City Police Department et al., Respondents.

Submitted July 21, 2014; decided September 16, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Kizia Knowles et al., Appellants, v Saint Joseph's Medical Center et al., Respondents.

Submitted July 21, 2014; decided September 16, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Alvin W. McLean, Appellant, v Brian Fischer, as Commissioner of Corrections and Community Supervision, Respondent.

Decided September 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.